459 A.2d 24

Sun Oil Co. of Penna. v. Banghart & Mor, Inc.

Appeal of Thomas E. Banghart.

Sun Oil Co. of Penna. v. Banghart, Appellant.

Argued April 22, 1982.  Norman P. Zarwin, for appellant;  Edward J. Carney, Jr., for appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.

WIEAND, J., concurred in the result.

459 A.2d 24

Taylor, et ux. v. Parks, et al.

Appeal of Robert L. Macquarrie and Lois F. Macquarrie, property claimants.

Submitted May 26, 1982.  William D. Murphy, for appellants;  Kenneth R. Werner, for Taylor, appellees;  Reese A. Davis, for Parks, et al., appellees;  Thomas P. Mohr, for Co. of Chester, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.